# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **TORUS VENTURES LLC,** | § | |
| *Plaintiff* | § | |
| | § | W:24-CV-00525-DC |
| v. | § | |
| | § | |
| **FIRST NATIONAL BANK OF SONORA,** | § | |
| | § | |
| *Defendant* | § | |

## ORDER

Before the Court is United States Magistrate Judge Derek T. Gilliland's report and recommendation[1] concerning First National Bank of Sonora's motion to dismiss for improper venue and failure to state a claim.[2] Pursuant to 28 U.S.C. § 636(b) and Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Gilliland issued his report and recommendation on July 14, 2025. As of the date of this order, no party has filed objections to the report and recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. When no objections are timely filed, a district court can review the magistrate's report and recommendation for clear error.[3]

---

[1] ECF No. 14.
[2] ECF No. 10.
[3] *See* FED. R. CIV. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Because no party has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**.[4] First National Bank of Sonora's motion to dismiss is **GRANTED IN PART AND DENIED IN PART**.[5] First National Bank of Sonora's motion to dismiss for failure to state a claim is **DENIED**. Its motion to dismiss for failure to show venue is proper is **GRANTED** to a point—the Court does not dismiss Torus Ventures, LLC's claim but rather sua sponte transfers the case to the Northern District of Texas.

It is so **ORDERED**.

SIGNED this 29th day of July, 2025.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[4] ECF No. 14.
[5] ECF No. 10.